UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODD D. CRISP,

                Plaintiff,

-vs                                                    Case No.  2:10-cv-659-FtM-SPC
                                                                         2:07-cr-95-FtM-MMH-SPC

UNITED STATES OF AMERICA,

                Defendant.
_____/

## ORDER

This matter comes before the Court on the Petitioner, Todd D. Crisp's Motion for Miscellaneous Relief Specifically to Defer Costs of Filing Fees in this Case Due to Financial Strain to Petitioner's Family construed as a Motion to Proceed *In Forma Pauperis* (IFP) (Doc. #2) filed on October 28, 2010. The Plaintiff was found to have inadequate financial ability in the underlying criminal action 07-cr-95, and the Petitioner's prisoner's account shows a balance of $38.67. Thus, it is determined that the Petitioner qualifies to proceed IFP. Accordingly, it is now

**ORDERED:**

The Petitioner, Todd D. Crisp's Motion for Miscellaneous Relief Specifically to Defer Costs of Filing Fees in this Case Due to Financial Strain to Petitioner's Family (Doc. #2) construed as a Motion to Proceed *In Forma Pauperis* is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of February, 2011.

                                                                  SHERI POLSTER CHAPPELL
                                                                  UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record